

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2015

No. 04-13-00231-CV

James W. **CARROLL**,
Appellant

v.

Joan **CASTANON**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-09347
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellee has filed a motion for rehearing. We request a response to the motion and **order** the response due **February 27, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court